Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*Nevada Property 1 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEON MERCED, an individual; SERTHA EVANS, an individual; and each of them on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN LAS VEGAS; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00920-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT NEVADA PROPERTY 1 LLC TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs DEON MERCED and SERTHA EVANS (jointly "Plaintiffs"), through their counsel, MAIER GUTIERREZ & ASSOCIATES, and Defendant, Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have an extension up to and including August 17, 2020, in which to file its response to Plaintiff's Complaint.  This Stipulation is submitted and based upon the following:

1. Plaintiffs filed their Complaint on May 21, 2020.  ECF No. 1.  Defendant was served with the Summons and Complaint on June 11, 2020.  ECF No. 8.

2. Defendant's response to the Complaint is currently due on July 2, 2020.

/ / /

3. Counsel for Defendant was recently retained in this matter. Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to fully respond to the pleading, Defendant requires additional time to respond to the Complaint. Defendant accordingly requests a 45-day extension, up to and including August 17, 2020, to file its responsive pleading.

4. This is the first request for an extension of time for Defendant to file a response to Plaintiffs' Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 1st day of July, 2020

| MAIER GUTIERREZ & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| /s/ Joseph N. Mott<br>Joseph A. Gutierrez<br>Joseph N. Mott<br>Danielle J. Barraza<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Telephone: (702) 629-7900<br>Fax: (702) 629-7925<br>Email: jag@mgalaw.com<br>Email: jnm@mgalaw.com<br>Email: djb@mgalaw.com<br><br>Attorneys for Plaintiffs | /s/ Lisa A. McClane<br>Lisa A. McClane, NV SBN. 10139<br>Daniel I. Aquino, NV SBN. 12682<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Fax: (702) 921-2461<br>Email: lisa.mcclane@jacksonlewis.com<br>Email: daniel.aquino@jacksonlewis.com<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: 7-1-2020

4814-8031-4561, v. 2