1  Sean K. Claggett
   Nevada Bar No. 8407
2  Joseph N. Mott
   Nevada Bar No. 12455
3  4101 Meadows Lane, Ste. 100
   Las Vegas, Nevada 89107
4  (702) 655-2346 – Telephone
   (702) 655-3763 – Facsimile
5  sclaggett@claggettlaw.com
   joey@claggettlaw.com
6  *Attorneys for Plaintiff*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  DEON MERCED, an individual; SERTHA EVANS, an individual; and each of them on behalf of all other similarly situated | |
| 10 | |
| 11                Plaintiffs, | CASE NO.: 2:20-CV-00920-RBF-VCF |
| 12             v. | **JOINT STATUS REPORT AND ORDER EXTENDING STAY** |
| 13 NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN LAS VEGAS; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive | **SUBMITTED IN COMPLIANCE WITH ECF NO. 12** |
| 14 | |
| 15              Defendants. | |

16   Pursuant to the Court's Order Granting Stipulation to Stay Case Pending

17 Mediation [ECF NO. 12], plaintiffs DEON MERCED and SERTHA EVANS, and

18 defendant NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN LAS

19 VEGAS, by and through their attorneys of record, hereby submit the following

20 joint status report:

21   Due to scheduling difficulties, the parties were not able to schedule the

22 mediation within the previously indicated timeframe. This matter is now set for

23 mediation on December 7, 2020 with the Honorable Philip M. Pro of JAMS.

24

- 1 -

Accordingly, the parties respectfully request that the Court extend the stay in this matter through December 18, 2020, at which time the parties will submit a joint status report to the Court indicating the result of the Mediation and proposing either a discovery plan and scheduling order or a schedule for approval of the settlement.

DATED this 25th day of November 2020.　　DATED this 25th day of November 2020.

CLAGGETT & SYKES LAW FIRM　　JACKSON LEWIS P.C.

/s/ Joseph N. Mott　　/s/ Lisa McClane

JOSEPH N. MOTT　　LISA McCLANE
Nevada Bar No. 12455　　Nevada Bar No. 10139
*Attorneys for Plaintiffs*　　*Attorneys for Defendants*

## ORDER

**IT IS HEREBY ORDERED** the stay in this matter shall be extended through December 18, 2020 to allow the parties to complete the mediation currently set for December 7, 2020.

**IT IS FURTHER ORDERED** the parties will submit to the Court a joint status report on or before December 18, 2020. The status report will include the results of the parties' mediation efforts and propose a schedule for the case to proceed either with discovery or the settlement approval process.

DATED this 30th day of November, 2020.

Cam Ferenbach
United States Magistrate Judge

- 2 -