Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*Nevada Property 1 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEON MERCED, an individual; SERTHA EVANS, an individual; and each of them on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN LAS VEGAS; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00920-RFB-VCF<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Court's November 30, 2020 order granting extension of the stay in this action (ECF No. 16), Plaintiffs Deon Merced and Sertha Evans (jointly "Plaintiffs") and Defendant, Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant") hereby submit this Joint Status Report.

On December 7, 2020, the parties engaged in a mediation before the Honorable Philip M. Pro (Ret.) of JAMS, which resulted in an agreement in principle to settle this matter in its entirety, on behalf of the named Plaintiffs and the proposed collective.  The parties are currently preparing the Settlement Agreement, the associated Exhibits to the Settlement Agreement including a

Notice to the proposed collective and an Amended Complaint, as well as a Joint Motion for Approval to be submitted to the Court.

Accordingly, the parties request that all pleading and discovery deadlines in this matter be vacated, and the that the parties be permitted to submit their Joint Motion for Approval on or before January 15, 2021.

Dated this 15th day of December, 2020

| CLAGGETT & SYKES LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joseph N. Mott*<br>Sean K. Claggett, Esq.<br>Nevada Bar No. 008407<br>Joseph N. Mott, Esq.<br>Nevada Bar No. 012455<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>(702) 655-2346 — Telephone<br>(702) 655-3763 — Facsimile<br>sclaggett@claggettlaw.com<br>joey@claggettlaw.com<br><br>Attorneys for Plaintiffs | */s/ Daniel I. Aquino*<br>Lisa A. McClane, NV SBN. 10139<br>Daniel I. Aquino, NV SBN. 12682<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Fax: (702) 921-2461<br>Email: lisa.mcclane@jacksonlewis.com<br>Email: daniel.aquino@jacksonlewis.com<br><br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED

_____
U.S. Magistrate Judge

Dated: 12-15-2020

4851-9227-9508, v. 2