Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*Nevada Property 1 LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEON MERCED, an individual; SERTHA EVANS, an individual; and each of them on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN LAS VEGAS; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive,<br><br>  Defendants. | Case No.: 2:20-cv-00920-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT MOTION FOR APPROVAL OF SETTLEMENT**<br><br>**(FIRST REQUEST)** |

Plaintiffs Deon Merced and Sertha Evans (jointly "Plaintiffs") and Defendant, Nevada Property 1, LLC, doing business as The Cosmopolitan of Las Vegas ("Defendant") hereby stipulate and agree to extend the deadline to file the Joint Motion for Approval of Settlement, currently due on January 15, 2021 (ECF No. 16), by one week, up to and including January 22, 2020.

The parties have prepared and agreed upon a Settlement Agreement and associated Exhibits (including a Notice to the proposed collective), however, due to health issues of counsel and related scheduling conflicts, the parties require a brief additional period to finalize and submit the Joint Motion for Approval.


Accordingly, the parties request that they be permitted to submit their Joint Motion for Approval on or before January 22, 2021.

Dated this 13th day of January, 2021

| CLAGGETT & SYKES LAW FIRM | JACKSON LEWIS P.C. |
|---|---|
| */s/ Joseph N. Mott* <br> Sean K. Claggett, Esq. <br> Nevada Bar No. 008407 <br> Joseph N. Mott, Esq. <br> Nevada Bar No. 012455 <br> 4101 Meadows Lane, Suite 100 <br> Las Vegas, Nevada 89107 <br> (702) 655-2346 — Telephone <br> (702) 655-3763 — Facsimile <br> sclaggett@claggettlaw.com <br> joey@claggettlaw.com <br><br> Attorneys for Plaintiffs | */s/ Daniel I. Aquino* <br> Lisa A. McClane, NV SBN. 10139 <br> Daniel I. Aquino, NV SBN. 12682 <br> JACKSON LEWIS P.C. <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> Tel: (702) 921-2460 <br> Fax: (702) 921-2461 <br> Email:  lisa.mcclane@jacksonlewis.com <br> Email:  daniel.aquino@jacksonlewis.com <br><br> Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: 1-14-2021

4827-1576-3415, v. 1